IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

EDWIN EUGENE PIZINGER,

    Plaintiff,

v.                                                CASE NO. 4:11cv355-RH/WCS

EDWIN BUSS,

    Defendant.

_____/

## **ORDER OF DISMISSAL**

This case is before the court on the magistrate judge's report and recommendation, ECF No. 5. No objections have been filed. Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's opinion (with the correction of a scrivener's error: the date on the fourth line of the text on the first page should read September 2, 2011, not September 4, 1997). The clerk must enter judgment stating, "This case is DISMISSED without prejudice." The clerk must close the file.

SO ORDERED on November 23, 2011.

                                                      s/Robert L. Hinkle
                                                      United States District Judge